**UNITED STATES DISTRICT COURT**
**For The District of Connecticut**


*263737*

**AFFIDAVIT OF SERVICE**

Index no : **3:25-cv-01417-SVN**

**Chet Michael Wilson**

       Plaintiff(s),

vs.

**Inbox Health Corp.**

       Defendant(s).

**STATE OF CONNECTICUT**
          **ss: East Hartford**
**HARTFORD COUNTY**

**Ethan Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **09/08/2025** at **2:05 PM**, I served the within **Summons in a Civil Action, Complaint, Civil Cover Sheet, Instructions for Attorneys Completing Civil Cover Sheet Form JS 44** on **Inbox Health Corp.** at **470 James Street, Ste 001, New Haven, CT 06513** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Jen Houghton, Manager/Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Inbox Health Corp.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Perceived Gender | Perceived Race | Color of Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 47 | 5'8" | 155 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
September 09, 2025
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X _____
Ethan Yade
PROOF
1800 Gaylord Street
Denver, CO 80206
850-466-8342
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES
3/31/2028





