# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated : : : | |
| Plaintiff,   : | Case No. 3:25-cv-01417(SVN) |
| : : | |
| v.   : | |
| : | SEPTEMBER 22, 2025 |
| : | |
| INBOX HEALTH CORP.   : | |
| : | |
| Defendant.   : | |

## **NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record, please enter my appearance on behalf of the Defendant Inbox Health Corp. in the above entitled action.

        Respectfully submitted,

        */s/ Robert S. Hoff*
        Robert S. Hoff (ct27084)
        Wiggin and Dana LLP
        Two Stamford Plaza
        281 Tresser Boulevard
        Stamford, CT 06901
        203-363-7600
        rhoff@wiggin.com

        Counsel for Defendant

**CERTIFICATION**

This is to certify that on this 22nd day of September 2025, a copy of the foregoing was electronically delivered to all counsel of record who have given written consent for electronic delivery, as follows:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Email: anthony@paronichlaw.com

                                                    */s/ Robert S. Hoff*
                                                    Robert S. Hoff