UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated | : : : | |
| Plaintiff, | : : : | Case No. 3:25-cv-01417(SVN) |
| v. | : : | SEPTEMBER 22, 2025 |
| INBOX HEALTH CORP. | : : : | |
| Defendant. | : | |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Inbox Health Corp. certifies that Inbox Health Corp. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Robert S. Hoff*
Robert S. Hoff (ct27084)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
203-363-7600
rhoff@wiggin.com

Counsel for Defendant

1

## **CERTIFICATION**

This is to certify that on this 22nd day of September 2025, a copy of the foregoing was electronically delivered to all counsel of record who have given written consent for electronic delivery, as follows:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Email: anthony@paronichlaw.com

                                              */s/ Robert S. Hoff*
                                              Robert S. Hoff