**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated : : : Plaintiff, : : v. : : : INBOX HEALTH CORP. : : Defendant. : | Case No. 3:25-cv-01417(SVN) SEPTEMBER 22, 2025 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Inbox Health Corp. ("Inbox") hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b) for an extension of time of sixty (60) days to answer or otherwise respond to Plaintiff's Complaint. Defendant's responsive pleading is currently due September 29, 2025. *See* ECF No. 10. This request for additional time is supported by good cause.

On September 2, 2025, Plaintiff filed the Complaint. (ECF No. 1) Given the nature of Plaintiff's allegations and conversations between counsel for the parties, Defendant requests additional time to investigate the matter and formulate a response. Good cause exists to extend Defendants' deadline to answer or otherwise respond to the Complaint, as it will allow Defendant the time it needs to adequately investigate and evaluate Plaintiff's claims more fully and allow the parties an opportunity to further discuss the nature of the case.

This is Defendant's first request for an extension of time to file a response to the Complaint. Counsel for Plaintiff has been consulted and indicated he consents to the instant motion. This motion has been filed at least 3 business days in advance of the deadline in accordance with Local Rule 7(b)(3).

1

2

WHEREFORE, Defendant respectfully requests that the instant Motion be granted and the deadline for filing an answer or other responsive pleading to the Complaint be extended until sixty (60) days from September 29, 2025.

                        DEFENDANT,

                        INBOX HEALTH CORP.

                        */s/ Robert S. Hoff*
                        Robert S. Hoff (ct27084)
                        Wiggin and Dana LLP
                        Two Stamford Plaza
                        281 Tresser Boulevard
                        Stamford, CT 06901
                        203-363-7600
                        rhoff@wiggin.com

**CERTIFICATION**

This is to certify that on this 22nd day of September 2025, a copy of the foregoing was electronically delivered to all counsel of record who have given written consent for electronic delivery, as follows:

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Email: anthony@paronichlaw.com

                                              */s/ Robert S. Hoff*
                                                Robert S. Hoff