UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHET MICHAEL WILSON** on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>**INBOX HEALTH CORP.**<br><br>    *Defendant*. | Civil Case No.: 25-cv-1417-SVN |

### NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff Chet Michael Wilson ("Plaintiff") and Defendant Inbox Health Corp. (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring litigation expenses or burdening the Court, the Parties joint and respectfully request that the Court vacate all pending case deadlines (including Defendant's responsive pleading deadline on November 28, 2025) and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: November 24, 2025

                Respectfully submitted,

                By: /s/ Anthony I. Paronich
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                [o] (617) 485-0018
                [f] (508) 318-8100
                anthony@paronichlaw.com
                *Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on November 24, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich