UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHET MICHAEL WILSON** on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**INBOX HEALTH CORP.**<br><br>*Defendant*. | Civil Case No.: 25-cv-1417-SVN |

**NOTICE OF VOLUNTARY DISMISSAL AND**
<u>**RESPONSE TO THE COURT'S FEBRUARY 3, 2026 ORDER**</u>

    Plaintiff Chet Michael Wilson respectfully submits this filing in response to the Court's February 3, 2026 Order (ECF No. 19) and to effectuate dismissal of this action. The Court ordered the parties to submit a status report regarding the progress of settlement by February 2, 2026. Plaintiff respectfully apologizes to the Court for inadvertently missing that deadline. As previously reported to the Court at ECF No. 17, the parties resolved this matter and intended to file a notice of voluntary dismissal. Due to an administrative oversight, that filing was not submitted prior to the deadline.

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action in its entirety **without prejudice**. Defendant has not filed an answer or a motion for summary judgment. This dismissal is consistent with the parties' prior notice of resolution and fully resolves this action.

    Plaintiff appreciates the Court's patience and respectfully apologizes for any inconvenience caused.

Dated: February 3, 2026

PLAINTIFF

By: */s/ Anthony I. Paronich*
    Anthony Paronich
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone:  (617) 485-0018
    Facsimile:   (508) 318-8100
    Email: anthony@paronichlaw.com